# Neville v. The State.

APPEAL from Morgan Circuit Court.

Tried before the HON. JAMES J. BANKS.

O. KYLE and S. T. WERT, for appellant.

WILLIAM C. FITTS, Attorney-General, for the State

The defendant in this case was indicted, tried and convicted for the same offense as was the appellant in the case of *Thompson v. State,* 117 Ala. 67. The judgment of conviction is reversed and the cause remanded on the authority of that case.
Opinion by McCLELLAN, J.